## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02978-REB

MARIA L. GALLEGOS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Reversing Disability Decision and Remanding to Commissioner** [#24] entered by Judge Robert E. Blackburn on March 6, 2014, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **REVERSED**;

2.  That this case is **REMANDED** to the ALJ, who is directed to:

    a.  Reevaluate and reweigh the opinions of Drs. Qutub and Chambers regarding plaintiff's physical impairments and capacity in light of the discussion herein, providing legitimate reasons specifically tied to the evidence of record for the weight afforded to each source's opinion;

    b.  Reevaluate plaintiff's mental residual functional capacity, accounting

particularly for Dr. McKinney's findings regarding plaintiff's pace;

c. Recontact any treating, examining, or reviewing sources for further clarification of their findings, seek the testimony of additional medical or vocational experts, order additional consultative or other examinations, or otherwise develop the record further as the ALJ deems necessary;

d. Reevaluate her determination at steps 4 and 5 of the sequential evaluation, ensuring in particular that any hypothetical propounded to a vocational expert correlates with precision to all plaintiff's impairments which are supported by the medical and other evidence of record, as more fully articulated herein; and

e. Reassess the disability determination; and

3. That plaintiff is **AWARDED** her costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1), D.C.COLO.LCivR 54.1, and 28 U.S.C. § 2412(a)(1).

DATED at Denver, Colorado, this 6th day of March, 2014.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
     Kathleen Finney
     Deputy Clerk